UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN PAUL WIENER,<br><br>Defendant. | 4:26-CR-40071-KES<br><br>**ORDER ALLOWING DEFENDANT LIMITED ACCESS TO DISCOVERY MATERIALS** |

The Court, after reviewing all the records and files herein and there being no objection by the Government, hereby:

**ORDERS** discovery may be provided to the Defendant under the following conditions, with the restrictions and limitations set forth herein.

The Court approves counsel providing the Defendant with Bates numbered discovery and audio/video recordings that accompany such discovery on a hard drive that will be viewed by a laptop held in the Minnehaha County jail's possession. The laptop shall not have access to the internet.

Defendant's counsel shall provide the detention facility where the Defendant is held, currently the Minnehaha County Jail, with a hard drive of all discovery. The detention facility shall provide safekeeping of the hard drive and allow the Defendant reasonable access to it in order to review discovery. Said computer of Minnehaha County jail shall not have access to the internet or any printing device. The detention facility shall ensure that the Defendant reviews the discovery on the laptop outside the presence of any other inmates at the facility and that the Defendant does not have any jail issued or other electronic devices, besides the laptop, with him when he reviews the discovery. The Defendant shall return the laptop to jail staff after he is done using it to review discovery and before returning to his cell. The detention facility shall secure the laptop and hard drive when not in use. The detention facility shall return the hardrive to the

Defendant's counsel when Defendant moves from the facility.

It is **FURTHER ORDERED** that the laptop and hard drive shall remain in the sole custody of the detention facility at which the Defendant resides. The Defendant, the Defendant's counsel, and any detention facility acting as custodian of the storage device shall use due diligence and care to maintain the property in good condition. The Defendant shall not make any copy of the discovery, paper or electronic. The Defendant is prohibited from discussing any of the discovery material with anyone except: 1. the Defendant's counsel and 2. staff employed by the Defendant's counsel. The Defendant's counsel shall be responsible for explaining the terms of this ORDER to the Defendant.

The Clerk's Office is directed to provide a copy of this ORDER to the Defendant, the Defendant's counsel, the United States Attorney's Office, and the United States Marshal's Service.

**IT IS SO ORDERED**.

Dated: 08/27/27

BY THE COURT:

__Veronica L. Duffy

United States Magistrate Judge