UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN PAUL WIENER,<br><br>Defendant. | 4:26-CR-40071-KES<br><br>**MOTION FOR PERSONAL RECOGNIZANCE BOND** |

Comes now this Defendant, Benjamin Paul Wiener, by and through his attorney, Zachary T. Flood, and respectfully moves this Court for a personal recognizance bond while this matter is pending. Defendant has developed a plan that will assure the Court that he will make all Court appearances, abide by the Court's pretrial order, and remain a law abiding and productive member of society.

Defendant has obtained a chemical dependency evaluation, attached hereto and marked as Exhibit A. The evaluation recommends that Defendant attend and complete intensive outpatient treatment. Defense Counsel has been in contact with Carroll Institute wherein Defendant can begin treatment within a week or so of being released (depending on timing of release).

Defendant would plan to reside at his parent's residence with his parents. His parents will help ensure Defendant is following the Court's pretrial order and refraining from any and all alcohol consumption. Defendant also similarly has no objection to continuing on the 24/7 alcohol monitoring program. Defendant's incarceration period serves as a good baseline for his continued sobriety and coupling the same with treatment will set Defendant up on a path to success.

Defendant would also intend on being gainfully employed through Tierra Design of Sioux Falls, South Dakota which is a landscaping/hardscaping company. Defendant is able to

remain employed there on a full-time basis.

As part of pretrial release, Defendant agrees to wear a sweat patch and/or undergo 2x weekly urinalysis testing to monitor for controlled substance use. Defendant also agrees to be on an electronic monitoring program through pretrial services.

Defendants parents will be willing to serve as third-party custodians for Defendant and will willingly sign an agreement with pretrial services to report any violations by Defendant in connection with the pretrial release order.

Counsel has confirmed with Carroll Institute that Defendant has his intake appointment scheduled for October 6, 2026, at 10:00 a.m. Defendant would agree to remain in custody until October 5, 2026, at 3:00 p.m.

Defendant is also not a flight risk as Defendant has no means or money to leave the jurisdiction or ties to any other jurisdiction. His ties (family) to southwest Minnesota have all moved to Sioux Falls, South Dakota. Defendant's assets have all been seized, leaving him with no means to leave jurisdiction even if he so desired.

Assistant United States Attorney, Jeremy R. Jehangiri, has authorized the undersigned to advise the Court that he has no objections to this Motion and Defendant's release on the above conditions, provided the third-party custodians agree to the same conditions after a hearing is conducted.

Dated at Mitchell, South Dakota, this 29th day of September 2026.

/s/ Zachary T. Flood
Zachary T. Flood, Esq.
Of Alvine Law Firm, LLP
519 N. Main St.
Mitchell, SD 57301
Phone: (605) 292-0809
zach@alvinelaw.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of September, 2026, a true and correct copy of the foregoing *Motion for Personal Recognizance Bond* was served upon the following by electronic mail to Assistant United States Attorney, Jeremy R. Jehangiri, jeremy.jehangiri@usdoj.gov.

*/s/ Zachary T. Flood*
Attorney for Defendant